**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anderson, Elizabeth<br>   <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 17-10334 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of Bayview Loan Servicing LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2932

            Respectfully submitted,

            **<u>/s/Brian C. Nicholas, Esquire</u>**
            Brian C. Nicholas, Esquire
            Thomas Puleo, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306  FAX (215) 825-6406