# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-10334-JKF

ELIZABETH ANDERSON

3225 N. Park Street

Philadelphia, PA 19140

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

ELIZABETH ANDERSON

3225 N. Park Street

Philadelphia, PA 19140

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                                /S/ William C. Miller

Date: 7/6/2017                                      _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee